# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Randy Tate,

    Petitioner,

vs.

United States of America,

    Respondent.

JUDGMENT IN A CIVIL CASE

3:09-cv-373-MU

DECISION BY COURT. This action having come before the Court by Petition for Relief pursuant to 28 U.S.C. § 2241 and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 1, 2009 Order.

Signed: September 1, 2009

Frank G. Johns, Clerk
United States District Court